UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARDEN WOOD, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-0363 (PLF) |
| ) | |
| UNITED STATES CITIZENSHIP ) | |
| AND IMMIGRATION SERVICES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons explained in the Opinion issued this same day, it is hereby

ORDERED that the defendants' motion [30] to dismiss is GRANTED; it is

FURTHER ORDERED that plaintiffs' motion for summary judgment [32] therefore is denied; and it is

FURTHER ORDERED that this case is dismissed for lack of subject matter jurisdiction and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4(a). Any other pending motions are denied as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 27, 2007